PENNSON INTERNATIONAL CORPORATION, Respondent, v. ORE TRADING CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

■

GEORGE KOUMANOS, Appellant, v. WILLOUGHBY CAMERA STORES, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

■

GEORGE A. HORVATH, Appellant, v. BART DARRESS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

■

ABRAHAM SILVERSTEIN, Appellant, v. ELEANOR SILVERSTEIN, Respondent.— On the ground that the trial court properly found plaintiff was not seeking the declaratory judgment in good faith and, accordingly, in its discretion denied plaintiff a declaratory judgment, the judgment appealed from is unanimously affirmed, with costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

■

MARY P. SPENCER, Respondent, v. RICHARD S. CHILDS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See post, p. 871.]

■

In the Matter of BERTRAM KELLER, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— While we would not have reached the same conclusion that was reached by the Commissioner of Motor Vehicles, there is some evidence to support his determination. Determination unanimously confirmed, with $20 costs and disbursements to the respondent, and the petition dismissed. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ALEX, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.